IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRADERS CLOUD COMPANY LIMITED OF HONG KONG, *et al*,<br><br>                Plaintiffs,<br><br>   v.<br><br>SPRING VIEW FARMS AND LIVESTOCK, LLC.<br><br>                Defendant. | CIVIL ACTION<br>NO. 23-1150 |

## ORDER

**AND NOW**, this   15th   day of March, 2024, upon review of Defendant's Motion to Dismiss, Plaintiffs' opposition thereto and Defendant's reply, and after oral argument being held, it is hereby ORDERED as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 19) is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court shall **CLOSE** this case.

                              BY THE COURT:

                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.